# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JACK STREICHER and HELENE STREICHER, ) ) | |
| Plaintiffs, ) ) | |
| v. ) | CV419-001 |
| ) SAM'S EAST, INC. d/b/a SAM'S CLUB, ) ) | |
| Defendant. ) | |

# ORDER

The parties have submitted their joint status report proposing that all deadlines be set contingent on the resolution of plaintiff's motion to remand (doc. 5), which is pending before the District Judge. Thus, the Court **DEFERS** issuing a Scheduling Order until that time. Within 14 days of any denial of that motion, the parties shall confer and submit a proposed Scheduling Order setting forth their agreed-upon discovery and motion schedule.

**SO ORDERED,** this __29th__ day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA