IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACK STREICHER, and HELENE )
STREICHER; )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV419-001
 )
SAM'S EAST, INC. d/b/a Sam's )
Club; )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of May 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA